1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Ricci Saliba,                              No. CV-20-00503-PHX-JAT

10                 Plaintiff,                    **ORDER**

11   v.

12   KS Statebank Corporation,

13                 Defendant.

14

15        Pending before the Court is the Renewed Joint Motion to Approve Cy Pres

16   Recipient. (Doc. 68).

17   **I.    BACKGROUND**

18        The Court approved a Final Class Action Settlement on October 6, 2021. (Doc. 63).

19   The settlement agreement, in part, provided the following:

20        If any amounts remain 180 days from issuance of this second distribution, the
          Parties shall seek Court approval of a cy pres award to a nonprofit charitable
21        organization. The Parties shall jointly select a cy pres recipient prior to moving for
          the Court's approval.
22
     (Doc. 55-1 p. 22-23; Doc. 66-1 p. 22-23). The parties followed the distribution procedures
23
     and $5,577.38 remains. (Doc. 66 p. 2). The parties filed the first joint motion and proposed
24
     People Acting Now Discover Answers ("PANDA") as the *cy pres* recipient. (Doc. 66 p.
25
     2). The Court denied that motion without prejudice because the Court could not find the
26
     requisite nexus between PANDA and the lawsuit. (Doc. 67). The parties then filed the
27
     pending Renewed Joint Motion, proposing the National Consumer Law Center ("NCLC")
28
     as the *cy pres* recipient. (Doc. 68 p. 1). The NCLC's mission is "to stop exploitative

1   practices, help financially stressed families build and retain wealth, and advance economic

2   fairness." *Mission*, NCLC, https://www.nclc.org/about-us/mission/

3   [https://perma.cc/P7FB-ZJ7C]. The NCLC specifically "works to stop unwanted or

4   fraudulent robocalls and texts, to protect consumers, and to make it harder for scammers

5   to disappear with a consumer's money." *Key Issues*, NCLC, https://www.nclc.org/our-

6   work/ [https://perma.cc/JJT4-6LTL].

7   ## II.   ANALYSIS

8   "*Cy pres* distributions must account for the nature of the plaintiffs' lawsuit, the

9   objectives of the underlying statutes, and the interests of the silent class members, including

10   their geographic diversity." *Nachshin v. AOL, LLC*, 663 F.3d 1034, 1036 (9th Cir. 2011)

11   (citing *Six (6) Mexican Workers v. Ariz. Citrus Growers*, 904 F.2d 1301, 1307-08 (9th Cir.

12   1990)). There must be "a driving nexus between the plaintiff class and the *cy pres*

13   beneficiaries." *Id.* at 1038.

14   Here, Plaintiffs' lawsuit related to unsolicited telemarketing in the form of

15   automated text messages directed towards prospective customers. (Doc. 10 p. 2). The

16   underlying statute was the Telephone Consumer Protection Act. (*Id.*). Plaintiffs alleged a

17   national class. (*Id.*). The NCLC is a national organization that does specific work to combat

18   such unsolicited telemarketing. The Renewed Joint Motion cites numerous Ninth Circuit

19   cases in which courts approved the NCLC as a *cy pres* recipient where the underlying

20   statute was the Telephone Consumer Protection Act. (Doc. 68 p. 3). For the foregoing

21   reasons, the Court approves the selection of the NCLC as the *cy pres* recipient.

22   ## III.   CONCLUSION

23   Accordingly,

24   **IT IS ORDERED** that the Renewed Joint Motion to Approve Cy Pres Recipient

25   (Doc. 68) is granted.

26   / / /

27   / / /

28   / / /

1    **IT IS FURTHER ORDERED** that the Settlement Administrator shall distribute all

2    remaining funds in the Settlement Account to NCLC as the designated *cy pres* beneficiary.

3    Dated this 4th day of October, 2024.

4

5

6    _____

7    James A. Teilborg
     Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28